IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIESTA MART, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| WILLIS OF ILLINOIS, INC., and WILLIS TOWERS WATSON US, LLC | § | CIVIL ACTION NO. 4:20-CV-03484 |
| | § | |
| Defendant. | § | |

**PLAINTIFF FIESTA MART, LLC'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's order of October 14, 2020 (Dkt. No. 2), Plaintiff Fiesta Mart, LLC files this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation. The names of publicly traded companies are underlined. In addition to the Plaintiff and the Defendants in this case, the following parties have a financial interest in the outcome of this litigation:

1. Bodega Latina Corporation

2. Fiesta Investors Holdings, L.L.C. and Fiesta Investors, L.L.C., each of which are wholly owned subsidiaries of Bodega Latina Corporation;

3. Fiesta Mart Investments, L.L.C., which is wholly owned by Fiesta Investors Holdings, L.L.C., Fiesta Investors, L.L.C., and Bodega Latina Corporation; and

4. Fiesta Mart Holdings, L.L.C., which is a wholly owned subsidiary of Fiesta Mart Investments, L.L.C.

No publicly held corporation owns 10 percent or more of Fiesta Mart, LLC stock.

Dated:  October 21, 2020

Respectfully submitted,

*/s/ Tracy N. LeRoy*
Tracy N. LeRoy
State Bar No. 24062847
Myra Siddiqui
State Bar No. 24106434
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
(713) 632-8002
tleroy@yettercoleman.com
msiddiqui@yettercoleman.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that, on October 21, 2020, the foregoing was filed electronically through the Court's CM/ECF system and served on counsel of record by transmission of the Notice of Electronic Filing through the Court's CM/ECF.

 */s/ Tracy N. LeRoy*
Tracy N. LeRoy