IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FIESTA MART, LLC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-CV-03484 |
| | § | |
| **WILLIS OF ILLINOIS, INC.** and | § | |
| **WILLIS TOWERS WATSON US LLC** | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order dated October 13, 2020 (Dkt. 2), Willis Towers Watson Midwest, Inc., f/k/a Willis of Illinois, Inc.,[1] and Willis Towers Watson US LLC file this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation. The names of publicly traded corporations are underlined. In addition to the named Plaintiff and the Defendants in this case, the following parties have a financial interest in the outcome of this litigation:

Towers Watson Delaware Holdings LLC

WTW Delaware Holdings LLC

Willis US Holding Company, LLC

Willis North America Inc.

Willis Towers Watson Midwest, Inc.

Willis HRH, Inc.

---

[1] Willis of Illinois, Inc. has merged into Willis Towers Watson Midwest, Inc.

Willis of Michigan, Inc.

No publicly-held corporation directly owns 10 percent or more of stock in Willis Towers Watson Midwest, Inc., f/k/a Willis of Illinois, Inc. or Willis Towers Watson US LLC.

Respectfully submitted,

**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

By:  /s/ *Christopher W. Martin*
**Christopher W. Martin**
State Bar of Texas No. 13057620
Federal Bar No. 13515
martin@mdjwlaw.com
Niels Esperson Building
808 Travis Street, Suite 1100
Houston, TX 77002
Telephone: 713-632-1701
Facsimile: 713-222-0101

**ATTORNEYS FOR DEFENDANTS WILLIS TOWERS WATSON MIDWEST, INC., f/k/a WILLIS OF ILLINOIS, INC. and WILLIS TOWERS WATSON US LLC**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been mailed, e-mailed, telecopied or hand-delivered to all attorneys of record, in compliance with the FEDERAL RULES OF CIVIL PROCEDURE, on this the 28th day of October, 2020.

/s/ *Christopher W. Martin*
**Christopher W. Martin**