UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-CV-03484 |
|---|---|---|---|

| Fiesta Mart, LLC |
|---|
| *versus* |
| Willis Towers Watson Midwest, Inc., f/k/a Willis of Illinois, Inc. and Willis Towers Watson US LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Edward J. Baines<br>Saul Ewing Arnstein & Lehr LLP<br>500 E. Pratt Street, 8th Floor<br>Baltimore, MD 21202<br>(410) 303-8831 ted.baines@saul.com<br>Maryland:  198912180026<br>USDC for the District of MD: 06776 |
|---|---|

| Name of party applicant seeks to appear for: | Willis Towers Watson Midwest, Inc., f/k/a Willis of Illinois, Inc. and Willis Towers Watson US LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _ _    _ No _ ✔ _<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:  1/6/2021 | Signed: *Edward J Baines* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                  United States District Judge