IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FIESTA MART, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| WILLIS OF ILLINOIS, INC., WILLIS § | |
| TOWERS WATSON US, LLC, ALLIED § | |
| WORLD ASSURANCE COMPANY (U.S.) § | CIVIL ACTION NO. 4:20-CV-03484 |
| INC., ARCH SPECIALTY INSURANCE § | |
| COMPANY, ASPEN INSURANCE U.S. § | |
| SERVICES, INC. (D/B/A ASPEN § | |
| SPECIALTY INSURANCE COMPANY), § | |
| CERTAIN UNDERWRITERS AT LLOYD'S § | |
| OF LONDON (HISCOX), HDI GLOBAL § | |
| INSURANCE COMPANY, INDIAN § | |
| HARBOR INSURANCE COMPANY, and § | |
| WESTPORT INSURANCE CORPORATION, § | |
| § | |
| Defendants. § | |

**FIESTA MART LLC'S UNOPPOSED MOTION TO RESET
INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

Plaintiff Fiesta Mart LLC ("Fiesta Mart") respectfully requests that the Court reset the initial pretrial and scheduling conference scheduled for January 22, 2021. See Dkt. 2, Order for Conference.  In support of this Motion, Fiesta Mart states as follows:

1. The initial pretrial and scheduling conference is set for 1:30 p.m. on January 22, 2021.

2. The parties filed their Joint Discovery/Case Management Plan under Rule 26(f) (Dkt.11) pursuant to the Order for Conference on January 12, 2021.

3. Fiesta Mart filed its First Amended Petition on January 15, 2021 (Dkt. 12), naming seven additional defendants in this suit.

4.     Fiesta Mart respectfully submits that, in the interests of efficiency, the Court may prefer to hold the initial pretrial and scheduling conference after the additional defendants have been served and the parties have conferred and filed an amended Joint Discovery/Case Management Plan.

5.     Fiesta Mart therefore respectfully requests that the Court reset the conference to a date on or after March 5, 2021. This request is not opposed by the defendants who have appeared, Willis of Illinois, Inc. and Willis Towers Watson US, LLC.

Wherefore, Fiesta Mart requests that the initial pretrial and scheduling conference currently set for January 22, 2021 be reset as requested above, together with such further relief as the Court deems proper.

Dated:  January 20, 2021                                    Respectfully submitted,

/s/ Tracy N. LeRoy
Tracy N. LeRoy
Attorney-in-charge
State Bar No. 24062847
Fed I.D. 860752
Myra Siddiqui
State Bar No. 2416434
Fed. I.D. 3257790
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
(713) 632-8002
tleroy@yettercoleman.com
msiddiqui@yettercoleman.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

I certify that I have conferred via email with counsel of record for the Willis Defendants regarding Plaintiff's intention to reset the initial pretrial and scheduling conference, and the Willis Defendants are not opposed.

*/s/ Tracy N. LeRoy*
Tracy N. LeRoy

**CERTIFICATE OF SERVICE**

I certify that on January 20, 2020, the foregoing was served by email and/or by electronic filing service on all counsel of record.

*/s/ Tracy N. LeRoy*
Tracy N. LeRoy