United States District Court
Southern District of Texas
**ENTERED**
January 21, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FIESTA MART, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> WILLIS OF ILLINOIS, INC., WILLIS § <br> TOWERS WATSON US, LLC, ALLIED § <br> WORLD ASSURANCE COMPANY (U.S.) § <br> INC., ARCH SPECIALTY INSURANCE § <br> COMPANY, ASPEN INSURANCE U.S. § <br> SERVICES, INC. (D/B/A ASPEN § <br> SPECIALTY INSURANCE COMPANY), § <br> CERTAIN UNDERWRITERS AT LLOYD'S § <br> OF LONDON (HISCOX), HDI GLOBAL § <br> INSURANCE COMPANY, INDIAN § <br> HARBOR INSURANCE COMPANY, and § <br> WESTPORT INSURANCE CORPORATION, § <br> § <br> Defendants. § | **CIVIL ACTION NO. 4:20-CV-03484** |

**ORDER GRANTING FIESTA MART LLC'S UNOPPOSED MOTION TO
RESET INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

Plaintiff Fiesta Mart LLC's ("Fiesta Mart") unopposed motion to reset the initial pretrial and scheduling conference scheduled for January 22, 2021 is GRANTED.

The initial pretrial and scheduling conference is hereby rescheduled to 1:30 pm on ___March 5___, 2021.

Signed on January 21, 2021, at Houston, Texas

Judge Vanessa Gilmore