<u>**CAUSE NO. 4:20-CV-03484**</u>

| | | |
|---|---|---|
| FIESTA MART, LLC<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE US DISTRICT COURT, SOUTHERN<br>DISTRICT OF TEXAS |
| WILLIS OF ILLINOIS, INC., ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§ | |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

THIS SUMMONS IN A CIVIL ACTION, PLAINTIFF'S FIRST AMENDED COMPLAINT, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, MEMORANDUM AND ORDER REGARDING DISCOVERY MOTIONS, MOTIONS FOR SUMMARY JUDGMENT AND ANALOGOUS MOTIONS TO DISMISS, ORDER TO SHOW CAUSE CONCERNING REMOVAL, JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26 (F) FEDERAL RULES OF CIVIL PROCEDURE, EXHIBIT 1, EXHIBIT 2, EXHIBIT 3, EXHIBIT 4, EXHIBIT 5, PROCEDURES, FOR INDIAN HARBOR INSURANCE COMPANY C/O REGISTERED AGENT THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER WAS RECEIVED BY ME ON FRIDAY, JANUARY 22, 2021 AT 3:00 PM.

I DELIVERED THE ABOVE-MENTIONED DOCUMENTS TO AMY MCLAREN WHO REPRESENTED THAT THEY WERE AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF INDIAN HARBOR INSURANCE COMPANY C/O REGISTERED AGENT THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER ON MONDAY, JANUARY 25, 2021 AT 10:47 AM AT 1209 ORANGE STREET, WILMINGTON, DE 19801.

I AM OVER THE AGE OF EIGHTEEN, AND AM NOT A PARTY TO THIS CASE.

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE.

MONDAY, JANUARY 25, 2021

*JOHN A. GARBER*

JOHN A. GARBER
Process Server

4:20-CV-03484
DocID: P279194_6