THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIESTA MART, LLC. | § § § | |
| Plaintiff | § § | Hon. Vanessa Gilmore |
| v. | § § | |
| WILLIS OF ILLINOIS, INC., WILLIS TOWERS WATSON US, LLC, ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., ARCH SPECIALTY INSURANCE COMPANY, ASPEN INSURANCE U.S. SERVICES, INC. (D/B/A ASPEN SPECIALTY INSURANCE COMPANY), CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON (HISCOX), HDI GLOBAL INSURANCE COMPANY, INDIAN HARBOR INSURANCE COMPANY, and WESTPORT INSURANCE CORPORATION, | § § § § § § § § § § § § § § § § § | Civil Action No.: 4:20-CV-03484 |
| Defendants. | | |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE**
**CERTIFICATE OF INTERESTED PARTIES**

Defendants, currently named Allied World Assurance Company (U.S.) Inc., Arch Specialty Insurance Company, Aspen Insurance U.S. Services, Inc. (D/B/A Aspen Specialty Insurance Company), Certain Underwriters At Lloyd's Of London (Hiscox), HDI Global Insurance Company, Indian Harbor Insurance Company, and Westport Insurance Corporation (collectively, the "Insurers") move this Court to extend their time to file Certificates of Interested Parties.

1

On January 15, Fiesta Mart Filed its First Amended Complaint. <u>See</u> ECF NO. 12. The Insurers received service of the Complaint, attached to which was a copy of the Court's Order for Conference and Disclosure of Interested Parties, on or about January 25. According to the Court's Order:

> Counsel shall file with the clerk within fifteen days from receipt of this order a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. Underline the name of each corporation whose securities are publicly traded. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

The Insurers' Corporate Disclosures are currently due on February 9. To ensure the Insurers' Corporate Disclosures are accurate, more time is needed to complete them. This is Insurers' first request for such an extension. The Insurers therefore request an extension of 17 days in which to complete them, and that the Corporate Disclosures therefore be due on February 26. Because this is a Court-imposed deadline, rule 4(C) of the Court's Individual Procedures makes the Court's intervention necessary.

                              Respectfully submitted,

                              /s/ Dustin L. DuBose
                              Dustin L. DuBose
                              Attorney-in-Charge
                              Texas Bar No. 24076004
                              Southern District of Texas No. 1034948
                              Mound Cotton Wollan & Greengrass
                              3 Greenway Plaza, Suite 1300
                              Houston, Texas 77046
                              Email: DDubose@Moundcotton.com
                              Telephone: (281) 572-8350

## CERTIFICATE OF CONFERENCE

I certify that I, or someone at my firm, has conferred with counsel for all other parties about the merits of the motion with the following results:

| | |
|---|---|
| Fiesta Mart, LLC | Unopposed |
| Willis of Illinois, Inc. | Unopposed |
| Willis Towers Watson, US, LLC | Unopposed |

/s/ Dustin L. DuBose
Dustin L. DuBose

## CERTIFICATE OF SERVICE

I certify that February 9, 2021, the foregoing was served by email and/or by electronic filing service on all counsel of record.

/s/ Dustin L. DuBose
Dustin L. DuBose