THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FIESTA MART, LLC.** | § | |
| | § | |
| Plaintiff | § | |
| | § | Hon. Vanessa Gilmore |
| v. | § | |
| | § | |
| **WILLIS OF ILLINOIS, INC., WILLIS TOWERS WATSON US, LLC, ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., ARCH SPECIALTY INSURANCE COMPANY, ASPEN INSURANCE U.S. SERVICES, INC. (D/B/A ASPEN SPECIALTY INSURANCE COMPANY), CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON (HISCOX), HDI GLOBAL INSURANCE COMPANY, INDIAN HARBOR INSURANCE COMPANY, and WESTPORT INSURANCE CORPORATION,** | § | Civil Action No.: 4:20-CV-03484 |
| Defendants. | § | |

**ORDER GRANTING EXTENSION OF TIME
TO FILE CORPORATE DISCLOSURES**

The Court, having considered the Insurers' Agreed Motion Extending Time to Answer, is of the opinion that the motion should be GRANTED.

It is therefore, ORDERED that Allied World Assurance Company (U.S.) Inc., Arch Specialty Insurance Company, Aspen Insurance U.S. Services, Inc. (D/B/A Aspen Specialty Insurance Company), Certain Underwriters At Lloyd's Of London (Hiscox), HDI Global

1

Insurance Company, Indian Harbor Insurance Company, and Westport Insurance Corporation shall have until February 26, 2021 to file their Corporate Disclosures.

SIGNED this 10th day of February, 2021.

_____
U.S. DISTRICT JUDGE VANESSA GILMORE