THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIESTA MART, LLC. | § § § | |
| Plaintiff | § § | Hon. Vanessa Gilmore |
| v. | § § § | |
| WILLIS OF ILLINOIS, INC., WILLIS TOWERS WATSON US, LLC, ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., ARCH SPECIALTY INSURANCE COMPANY, ASPEN INSURANCE U.S. SERVICES, INC. (D/B/A ASPEN SPECIALTY INSURANCE COMPANY), CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON (HISCOX), HDI GLOBAL INSURANCE COMPANY, INDIAN HARBOR INSURANCE COMPANY, and WESTPORT INSURANCE CORPORATION, | § § § § § § § § § § § § § § § § § § | Civil Action No.: 4:20-CV-03484 |
| Defendants. | | |

**INSURERS' UNOPPOSED MOTION TO RESET
INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

Defendants currently named Allied World Assurance Company (U.S.) Inc., Arch Specialty Insurance Company, Aspen Insurance U.S. Services, Inc. (D/B/A Aspen Specialty Insurance Company), Certain Underwriters At Lloyd's Of London (Hiscox), HDI Global Insurance Company, Indian Harbor Insurance Company, and Westport Insurance Corporation (collectively, the "Insurers") move this Court to reset the initial pretrial and scheduling conference scheduled for March 5, 2021. See ECF No. 18, Order for Conference. In support of this Motion, the Insurers state as follows.

1

1. The initial pretrial and scheduling conference is set for 1:30 p.m. on March 5, 2021.

2. Under Rule 26(f) pursuant to the Order for Conference on October 13, 2020. see ECF No. 2, the Parties must meet and confer prior to filing their Joint Discovery/Case Management Plan.

3. Fiesta Mart filed its First Amended Petition on January 15, 2021 (ECF No. 12), naming the Insurers in this suit.

4. Due to the recent weather events in Texas, attorneys for some of the parties have not been able to confer with their principals, and all parties have not been able to conduct a meet and confer.

5. The Insurers therefore respectfully request that the Court reset the conference to a date on or after March 19, 2021.

6. Plaintiff, Fiesta Mart LLC, and the other Defendants, Willis Of Illinois, Inc. and Willis Towers Watson US, LLC, consent to the filing of this motion.

7. This is the Insurers' first request for such an extension, although the Court previously granted an extension to Fiesta Mart on January 21, 2021, prior to the Insurers' involvement in this action. See ECF No. 18.

|  | Respectfully submitted,<br><br>By: /s/ Dustin L. DuBose<br>    Dustin L. DuBose<br>    Attorney-in-Charge<br>    Texas Bar No. 24076004<br>    Southern District of Texas No. 1034948<br>    Mound Cotton Wollan & Greengrass<br>    3 Greenway Plaza, Suite 1300<br>    Houston, Texas 77046<br>    Email:    DDubose@Moundcotton.com<br>    Telephone: (281) 572-8350 |
|---|---|

## CERTIFICATE OF CONFERENCE

I certify that I, or someone at my firm, has conferred with counsel for all other parties about the merits of the motion with the following results:

| | |
|---|---|
| Fiesta Mart, LLC | Unopposed |
| Willis of Illinois, Inc. | Unopposed |
| Willis Towers Watson, US, LLC | Unopposed |

/s/ Dustin L. DuBose
Dustin L. DuBose

## CERTIFICATE OF SERVICE

I certify that February 22, 2021, the foregoing was served by email and/or by electronic filing service on all counsel of record.

/s/ Dustin L. DuBose
Dustin L. DuBose

3