UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-CV-03484 |
|---|---|---|---|
| | Fiesta Mart, LLC | | |
| | *versus* | | |
| | Willis of Illinois, Inc. et al. | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Bruce R. Kaliner<br>Mound Cotton Wollan & Greengrass LLP<br>One New York Plaza Fl. 44<br>New York, NY<br>212-804-4281 \| BKaliner@moundcotton.com<br>New York - 2098523<br>S.D.N.Y. - BRK-6849 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., ARCH SPECIALTY INSURANCE COMPANY, ASPEN INSURANCE U.S. SERVICES, INC. (D/B/A ASPEN SPECIALTY INSURANCE COMPANY), CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON (HISCOX), HDI GLOBAL INSURANCE COMPANY, INDIAN HARBOR INSURANCE COMPANY, and WESTPORT INSURANCE CORPORATION |

Has applicant been sanctioned by any bar association or court?   Yes __    No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/22/2021 | Signed: | /s/ Bruce R. Kaliner |
|---|---|---|

| The state bar reports that the applicant's status is: See Attached Certificate of Good Standing |
|---|
| Dated: 2/24/2021    Clerk's signature    /s/ S. Arnow |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: February 23, 2021

_____
United States District Judge