United States District Court
Southern District of Texas
**ENTERED**
February 24, 2021
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIESTA MART, LLC. | § § § | |
| Plaintiff | § § | Hon. Vanessa Gilmore |
| v. | § § | |
| WILLIS OF ILLINOIS, INC., WILLIS TOWERS WATSON US, LLC, ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., ARCH SPECIALTY INSURANCE COMPANY, ASPEN INSURANCE U.S. SERVICES, INC. (D/B/A ASPEN SPECIALTY INSURANCE COMPANY), CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON (HISCOX), HDI GLOBAL INSURANCE COMPANY, INDIAN HARBOR INSURANCE COMPANY, and WESTPORT INSURANCE CORPORATION, | § § § § § § § § § § § § § § § § § § § | Civil Action No.: 4:20-CV-03484 |
| Defendants. | | |

**ORDER GRANTING INSURERS' UNOPPOSED MOTION
TO RESET INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

The Court, having considered the Insurers' Unopposed Motion to Reset Initial Pretrial and Scheduling Conference, is of the opinion that the Motion should be GRANTED.

It is therefore, ORDERED that the Initial Pretrial and Scheduling Conference is hereby rescheduled to  1:30 pm  on   March 19  , 2021.

Signed on February   23  , 2021, at Houston, Texas.

_____