# EXHIBIT 2

| | |
|---|---|
| **From:** | Conant, Blaine <Blaine.Conant@WillisTowersWatson.com> |
| **Sent:** | Thursday, September 21, 2017 9:54 AM |
| **To:** | Wayne Peterson |
| **Cc:** | Stacy Walker |
| **Subject:** | ACON Investments | Fiesta Mart | Hurricane Harvey | MDD Preliminary RFI |
| **Attachments:** | Preliminary RFI - Acon Investments - Fiesta Mart.pdf |

Wayne,

It was good talking with you yesterday afternoon. I am happy that the Markets agreed to the $6.5M additional advance. Please let me know when the advance payment is received. I have reminded the Markets that the check needs to be addressed to Fiesta and not ACON Investments. If that is not the case when you receive the check, please let me know as soon as possible.

Because of the size and scope of Fiesta's loss the Insurers have hired an accountant (Glen - MDD) and building consultant (John - JS Held) for the purpose of assisting Boris with the adjustment and management of Fiesta's loss. It is important to note that the adjuster, consultants and Insurers do NOT prepare and calculate Fiesta's BI and TE loss. The Insurers review and audit the information that is provided (per the attached Document request) to them by Fiesta. The adjuster is an advocate for the Insurers and the consultants engaged are part of the adjuster's advocacy team. In other words, they work for and are paid by the Insurers. My role is to advocate for Fiesta's best interests regarding coverage issues and quantification of damages. As Boris works for the Insurers, I work for you.

Per our discussion the Policy provides coverage for engaging a Forensic Accountant to assist you in the preparation and calculation of your Business Interruption and Time Element (Civil Authority, Ingress/Egress) loss. The policy limit for this coverage is not to exceed $500,000. The time and expenses incurred by engaging an accountant are paid by the Insurers NOT by Fiesta up to the policy limit of $500,000.

Engaging the services of a Forensic Accountant will save us much time for Stacy, you and me. Doing so will provide allow Fiesta's folks to focus on their current job duties and not become inundated working on the loss while handling current job responsibilities. The accountant engaged would work for Fiesta as a part of our loss team. All loss preparation and calculation will be completed in accordance to Fiesta's strategic initiatives.

There is a distinct difference between an accountant and a forensic account. Many times an Insurance loss is different than a business loss. As such, the presentation and calculation of the BI/TE loss needs to be properly formatted in accordance to the policy wording and requirements. The forensic accountant specializes and is familiar with the accounting aspects of the adjustment process which therefore reduces the time it takes so secure your recovery amount.

WTW does have Forensic Accountants on staff that can assist Fiesta in the preparation and calculation of the BI/TE loss. Because of the size and scope of this loss, I would recommend Dan Frio and Chris Simons to assist us. Dan is a CPA and began his career (doing what Glen Silver MDD is doing for Insurers) reviewing BI/TE losses for Insurers for fifteen years. He has spent the past sixteen years preparing and calculating BI/TE losses for clients.  Chris Simons is also a CPA and began his career in the same way as did Dan. Both have handled losses for clients in the tens of millions of dollars in North America and internationally.

Please let me know if you want me to set up a call with either Dan or Chris.

Thanks

**Blaine D. Conant**
**Senior Vice President / Senior Consultant**
**National Property Claims** – Risk Control & Claim Advocacy Practice

**Willis Towers Watson**
801 South Figueroa Street | Suite 800 | Los Angeles, CA 90017
Tel:   213-607-6358
**Cell:  909-618-8209**

blaine.conant@willistowerswatson.com

For information pertaining to Willis' email confidentiality and monitoring policy, usage restrictions, or for specific company registration and regulatory status information, please visit http://www.willis.com/email_trailer.aspx

We are now able to offer our clients an encrypted email capability for secure communication purposes. If you wish to take advantage of this service or learn more about it, please let me know or contact your Client Advocate for full details.

2