# EXHIBIT 3



June 23, 2020


**<u>VIA EMAIL</u>** (Blaine.Conant@WillisTowersWatson.com)


Blaine Conant
Willis Towers Watson
233 S. Wacker Drive, Suite 2000
Chicago, IL 60606

| | | |
|---|---|---|
| Re: | Insured: | ACON Investments, LLC (ACON Fiesta Holdings, LLC) |
| | Loss: | Property Damage - Flood/Hurricane Harvey (CAT #1743) |
| | Location: | Various Fiesta Mart stores – Houston, TX |
| | Date of Loss: | August 26, 2017 |
| | Policy Period: | 06/01/17-18 |
| | VSI File No.: | NYC17648090 |
| | Your Claim No.: | Please advise |

Dear Blaine:

I hope you are well in this difficult time. As you know, Fiesta Mart suffered extensive property damage from Hurricane Harvey.  Litigation developed between Fiesta Mart and its former owner, ACON Investments, LLC, over rights to insurance recoveries in respect thereof. In February 2020, the parties settled that dispute.  As part of that settlement, ACON Investments, LLC and Fiesta Holdings Investments, LLC (f/k/a ACON Fiesta Holdings, LLC) assigned to Fiesta Mart their rights to depreciation holdback in respect of such damage.

Fiesta Mart has incurred substantial amounts for repair, replacement and reinstatement of its store #23 located at 9419 Mesa Drive, Houston, TX ("FM#23") and expects to incur more in the future.  I would like to set up a call with you this week to discuss (i) our restoration and repair efforts at FM#23 and (ii) the submittal process to receive the depreciation holdback for FM#23, both now and in the future.

Please let me know of some convenient days and times this week for a call. Thank you.


Very truly yours,



Jack Hook,
Chief Financial Officer

cc:    Nancy Collins (Nancy.C.Collins@WillisTowersWatson.com)