# EXHIBIT 4

| | |
|---|---|
| **From:** | Jack Hook <jack.hook@blcmarkets.com> |
| **Sent:** | Friday, July 10, 2020 7:16 PM |
| **To:** | Conant, Blaine |
| **Cc:** | Collins, Nancy |
| **Subject:** | RE: Fiesta Mart |

Blaine and Nancy,
Can you please respond to my emails?
If you are no longer the Willis contact persons for Fiesta, please provide me the contact information for our new representative.
Thank you, Jack

**From:** Jack Hook
**Sent:** Tuesday, June 30, 2020 9:00 AM
**To:** Conant, Blaine <Blaine.Conant@WillisTowersWatson.com>
**Cc:** Collins, Nancy <Nancy.C.Collins@WillisTowersWatson.com>
**Subject:** RE: Fiesta Mart

Blaine and Nancy,
Please advise.
Thanks, Jack

**From:** Jack Hook
**Sent:** Tuesday, June 23, 2020 11:13 AM
**To:** Conant, Blaine <Blaine.Conant@WillisTowersWatson.com>
**Cc:** Collins, Nancy <Nancy.C.Collins@WillisTowersWatson.com>
**Subject:** Fiesta Mart

Hello Blaine,
Please find attached a letter regarding Fiesta Mart.
Regards,

Jack Hook
Chief Financial Officer
Direct Phone: (562) 616-8803
Bodega Latina Corp.
14601B Lakewood Blvd. Paramount, CA 90723
elsupermarkets.com | fiestamart.com



1