| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-CV-03484 |
|---|---|---|---|

Fiest Mart, LLC

*versus*

Willis of Illinois, Inc. et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Serine Consolino<br>Aegis Law Group LLP<br>801 Pennsylvania Ave, NW<br>Washington, D.C. 20004<br>281-610-1141<br>D.C. Bar No. 1033847<br>D.D.C. Bar No. 1033847 |
|---|---|

| Name of party applicant seeks to appear for: | ACON Investments, L.L.C. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/8/2021 | Signed: *Serine Consolino* |
|---|---|

The state bar reports that the applicant's status is:

Dated:             Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                United States District Judge