UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 27, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Fiesta Mart, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-3484 |
| | § | |
| Willis of Illinois, Inc., *et.al.*, | § | |
| | § | |
| Defendants. | § | |

## Order to Report

1. All previous deadlines are vacated.

2. By March 18, 2022, the parties must report the status of discovery and concrete next steps to advance this case. (62)

Signed on December 27, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge