IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FIESTA MART, LLC, | § | |
| | § | |
| Plaintiff, | § | Hon. Lynn Hughes |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:20-CV-03484 |
| WILLIS OF ILLINOIS, INC., et al. | § | |
| | § | |
| Defendants. | § | |

## JOINT STATUS UPDATE

Pursuant to the Court's May 9, 2022 Order, ECF No. 71, Plaintiff Fiesta Mart, LLC and Defendants Willis Towers Watson Midwest, Inc., f/k/a Willis of Illinois, Inc. and Willis Towers Watson US LLC (together, the "Willis Defendants"), Allied World Assurance Company (U.S.) Inc., Arch Specialty Insurance Company, Aspen Insurance U.S. Services, Inc. (d/b/a Aspen Specialty Insurance Company), Certain Underwriters at Lloyd's of London (Hiscox), HDI Global Insurance Company, Indian Harbor Insurance Company, and Westport Insurance Corporation (together, the "Insurers"), and Counterclaim Defendant ACON Investments, L.L.C. ("ACON") file this Joint Status Update.

The parties have exchanged written discovery and responses. Fiesta Mart has made six document productions, ACON has made two productions, the Willis Defendants have made one production, and each Insurer has made one production.

The parties have completed fact depositions.

The parties have agreed to mediate this dispute and, in the interests of efficiency, desire to stay expert discovery and dispositive motion practice until after mediation has been completed. The parties believe that their exchange of positions based on fact discovery in mediation can resolve this litigation or narrow the issues in dispute. The parties intend to mediate in front of a

retired Texas judge in early September.

The parties respectfully request the opportunity to provide a further update to the Court within 90 days. At this time, the parties do not require further assistance from the Court.

Respectfully submitted on July 7, 2022.

*/s/ Tracy N. LeRoy*
Tracy N. LeRoy
Attorney-in-Charge
State Bar No. 24062847
Fed I.D. 860752
Austin T. Brumbaugh
State Bar No. 24121929
Federal I.D. 3734817
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
tleroy@yettercoleman.com
**Attorneys for Plaintiffs**

*/s/ Jeffrey S. Weinstein*
Sarah Mohkamkar
Attorney-in-Charge
Texas Bar No.: 24106321
SDTX Federal ID No. 3162373
Mound Cotton Wollan & Greengrass LLP
3 Greenway Plaza, Suite 1300
Houston, Texas 77046
SMohkamkar@Moundcotton.com
Telephone: (281) 572-8350
Fax: (281) 572-8350

Jeffrey S. Weinstein
New York Bar No. 2099273
Southern District of New York No. JW-2619
Bruce R. Kaliner
New York Bar No. 2098523
Southern District of New York No. BRK-6849
Samuel B. Weiss
New York Bar No. 5650601
Southern District of New York No. 5650601
One New York Plaza
New York, NY 10004
BKaliner@Moundcotton.com
JWeinstein@Moundcotton.com
SWeiss@Moundcotton.com
Telephone: (212) 804-4200
**Attorneys for the Insurers**

*/s/ Christopher W. Martin*
Christopher W. Martin
Attorney-in-Charge
State Bar No. 13057620
Federal Bar No. 13515
martin@mdjwlaw.com
808 Travis, Suite 1100
Houston, TX 77002
713-632-1701
713-222-0101 (fax)

Edward J. Baines
Saul Ewing Arnstein & Lehr LLP
500 E. Pratt Street, 8th Floor
Baltimore, MD 21202
(410) 303-8831
ted.baines@saul.com
Maryland Bar No. 198912180026
Federal Bar No. (District of Maryland) 06776

Kyra A. Smerkanich
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue, Suite 550
Washington, DC 20006
(202) 295-6632
kyra.smerkanich@saul.com
Pennsylvania Bar No. 317154
Federal Bar No. (District of Columbia) 1029230
**Attorneys for Willis Defendants**

                                          */s/ Serine Consolino*
Serine Consolino
Aegis Law Group LLP
801 Pennsylvania Avenue, N.W., Ste 740
Washington, D.C. 20004
(202) 737-3500
sconsolino@aegislawgroup.com
Federal Bar No. (District of Columbia) 1033847

Philip H. Hilder
Attorney-in-Charge
Texas Bar No. 09620050
HILDER & ASSOCIATES, P.C.
819 Lovett Blvd.
Houston, Texas 77006
(713) 655-9111
philip@hilderlaw.com
***Attorneys for ACON Investments, L.L.C.***

## CERTIFICATE OF SERVICE

    I hereby certify that on July 7, 2022, the foregoing was served on all counsel of record, by either electronic mail and/or the Court's ECF system.

                                        */s/ Tracy N. LeRoy*
                                        Tracy N. LeRoy