UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

December 19, 2022

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Fiesta Mart, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-3484 |
| | § | |
| Willis of Illinois, Inc., et.al., | § | |
| | § | |
| Defendants. | § | |

## Order to Seal

Exhibit 20[1] to the Insured's motion for summary judgment[2] are sealed. (88)

Signed on December 19, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge

---

[1] [Doc. 89].

[2] [Doc. 87].